Jeanette Fenton, Betty J. Stratton, and Helen Zable, on Behalf of Themselves and All Other Members of Illinois Traffic Division Number 14, C. W. A.– C. I. O., Appellees, v. Anne C. Benscoter et al., Appellants.

Gen. No. 45,543. 

Hershenson, Jacobson & Schwartz, for appellants; Louis Hirshman, of counsel; Sherwin & Sherwin, for appellees; Julius L. Sherwin, and Theodore R. Sherwin, of counsel. Opinion by JUSTICE ROBSON. Not to be published in full. Opinion filed September 25, 1951; released for publication October 16, 1951.